# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | ) |
| | ) Case No.: 18-52007-amk |
| Leonard Thomas King | ) Chapter 13 |
| | ) Hon. Alan M. Koschik |
| Debtor. | ) |

## NOTICE OF HEARING ON DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN SUBSEQUENT TO CONFIRMATION

Debtor has filed a Motion to Modify Chapter 13 Plan Subsequent to Confirmation.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you have on in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant said Motion, or if you want the Court to consider your views on the Motion then on or before **March 11th, 2021** you or your attorney must file with the Court a written request for a hearing and a written response explaining your position at :

> US Bankruptcy Court
> 455 Federal Building
> 2 South Main Street
> Akron, Ohio 44308

You must also mail a copy to:

| Debtor(s) Attorney | Chapter 13 Trustee |
|---|---|
| Mark H. Knevel, Esq. | Keith L. Rucinski, |
| Knevel Law Co LPA | One Cascade Plaza, Suite 2020 |
| 5240 Transportation Blvd #201 | Akron, Ohio 44308 |
| Garfield Heights, OH 44125 | |

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought and may enter an order granting that relief.

Respectfully submitted,

/s/ Mark H. Knevel
_____
**KNEVEL LAW CO. LPA**
Mark H. Knevel, (0029285)
Attorneys for Debtor
5250 Transportation Blvd Suite 201
Garfield Heights, OH 44125
(216) 523 - 7800 FAX 523-7801
Email: mknevel@knevellaw.com

# CERTIFICATE OF SERVICE

Debtor, by and through counsel, hereby certifies a copy of the foregoing Notice of Motion to Modify Chapter 13 Plan Subsequent to Confirmation, was served upon the following, by CM / ECF Noticing System or ordinary US Mail, as indicated, on this the 18th day of February, 2021:

**Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:**

**United States Trustee for Region 9**
    **Cleveland Office of the United States Trustee**, on behalf of Andrew Vara, United States Trustee for Region 9.

**Chapter 13 Trustee**
    **Keith Rucinski** at efilings@ch13akron.com

**By Ordinary US Mail**

**Debtor**
    **Leonard Thomas King**
    800 Minota Avenue
    Akron, OH 44306

**Creditors**
    **All Scheduled Creditors**
    (See attached Clerk of Courts Mailing Matrix)

/s/ *Mark H. Knevel*
_____
**KNEVEL LAW CO. LPA**
Mark H. Knevel, (0029285)
Attorneys for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-5<br>Case 18-52007-amk<br>Northern District of Ohio<br>Akron<br>Thu Feb 18 17:24:47 EST 2021 | Ohio Department of Taxation<br>Attn: Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216-0530 | 455 John F. Seiberling Federal Building<br>US Courthouse<br>2 South Main Street<br>Akron, OH 44308-1848 |
| AMCA<br>Po Box 1235<br>Elmsford, NY 10523-0935 | Affinity Medical Center<br>Snow & Sauer LLP<br>203 E Berry Street<br>Fort Wayne, IN 46802-2724 | Aultman Hospital<br>c/o Centralized Business S<br>1225 N Main St<br>North Canton, OH 44720-1959 |
| (p)CBSC<br>1225 N MAIN ST<br>CANTON OH 44720-1959 | (p)CANTON SCHOOL EMPLOYEES FEDERAL CREDIT UNI<br>1380 MARKET AVE N<br>CANTON OH 44714-2606 | Canton Aultman Emergency Phys.<br>c/o Centralized Business S<br>1225 N Main St<br>North Canton, OH 44720-1959 |
| Capital One<br>Po Box 30281<br>Salt Lake City, UT 84130-0281 | Capital One Bank Usa N.A.<br>c/oMidland Funding Management<br>2365 Northside Drive Suite 300<br>San Diego, CA 92108-2709 | Capital One Card Services<br>Dept 9600<br>Carol Stream, IL 60128-0001 |
| Directv, LLC<br>by American InfoSource as agent<br>PO Box 5008<br>Carol Stream, IL 60197-5008 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | GE Money Bank / Dillards<br>Po Box 960061<br>Orlando, FL 32896-0061 |
| GM Financial<br>PO Box 181145<br>Arlington, TX 76096-1145 | Hsbc Bank Nevada N.A.<br>c/o Portfolio Recovery<br>120 Corporate Blvd Ste 100<br>Norfolk, VA 23502-4952 | KeyBank N.A.<br>4910 Tiedeman Rd<br>Brooklyn, OH 44144-2338 |
| Mercy Medical Center<br>c/o Pcb<br>Po Box 2051<br>New Albany, OH 43054-2051 | Ohio Department of Taxation<br>c/o Attorney General of Ohio<br>Collection Enforcement / Bankruptcy<br>150 E. Gay Street, 21st Floor<br>Columbus, OH 43215-3191 | PNC BAnk National Association<br>F/K/A National City Bank<br>6750 Miller Road<br>Brecksville, OH 44141-3262 |
| Petty, Bobby<br>1770 Amber Drive<br>Akron, OH 44312-4303 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | The Huntington National Bank<br>3 Cascade Plaza CAS056<br>Akron, OH 44308-1124 |
| U.S. Bank Trust, N.A., as Trustee for LSF9 M<br>Caliber Home Loans<br>13801 Wireless Way<br>Oklahoma City, OK 73134-2500 | US Bank NA, As Trustee for LSF9<br>Master Participation Trust<br>13801 Wireless Way<br>Oklahoma City, OK 73134-2500 | US Bank, As Trustee<br>c/o Caliber Home Loans<br>Po Box 650856<br>Dallas, TX 75265-0856 |
| US Bank, As Trustee<br>c/o Weltman, Weinberg & Reis<br>323 West Lakesode Avenue Suite 200<br>Cleveland, OH 44113-1009 | Unknown Creditor<br>c/o CBCS<br>Po Box 163279<br>Columbus, OH 43216-3279 | Verizon Wireless<br>Po Box 25505<br>Lehigh Valley, PA 18002-5505 |

| | | |
|---|---|---|
| Wells Fargo / Dillards<br>Po Box 14517<br>Des Moines, IA 50306-3517 | Keith Rucinski<br>Chapter 13 Trustee<br>One Cascade Plaza Suite 2020<br>Akron, OH 44308-1160 | Leonard Thomas King<br>2518 Shirley Drive SW<br>Canton, OH 44706-2065 |
| Mark H. Knevel<br>Knevel Law Co. LPA<br>Kennard Professional Bldg.<br>5250 Transportation Blvd #201<br>Garfield Heights, OH 44125-5326 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| CBSC, Inc.<br>PO Box 2818<br>North Canton, OH 44720 | CSE Federal Credit Union<br>1800 Cleveland Avenue NW<br>Canton, OH 44709 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)US Bank Trust NA | (d)Ohio Department of Taxation<br>Attn: Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216-0530 | End of Label Matrix<br>Mailable recipients 33<br>Bypassed recipients 2<br>Total 35 |